**CRIMINAL COMPLAINT**
**(Submitted electronically)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jesus Adrian Bojorquez**<br>DOB: 2003; Mexican Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>26-07066MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 6, 2026, at or near Nogales, in the District of Arizona, **Jesus Adrian Bojorquez** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 6, 2026, at approximately 1:40 p.m., Jesus Adrian BOJORQUEZ entered the United States from the Republic of Mexico at the Morley Gate Port of Entry in Nogales, Arizona. During a primary inspection, a Customs and Border Protection officer referred BOJORQUEZ for a secondary inspection because BOJORQUEZ appeared nervous. During the secondary inspection, an officer conducted a pat down search of BOJORQUEZ and found two packages of suspected narcotics concealed on BOJORQUEZ's stomach and lower back area. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of fentanyl. The packages of fentanyl weighed 2.20 kilograms.

After waiving his *Miranda* rights, BOJORQUEZ admitted to knowingly crossing into the United States for the purpose of transporting narcotics. BOJORQUEZ stated he was told to head to Food City in Nogales, Arizona, where he would meet up with two unknown individuals. The unknown individuals would take him to an unknown location to take the packages off his body. BOJORQUEZ said he was not going to be paid for smuggling the narcotics because he was paying off a monetary debt that he owed.

 

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | **SIGNATURE OF COMPLAINANT (official title)**<br><br>CLAUDIA I REYES — Digitally signed by CLAUDIA I REYES<br>Date: 2026.01.07 11:08:56 -07'00' |
|---|---|
| | **OFFICIAL TITLE**<br>Task Force Officer Claudia Reyes<br>Homeland Security Investigations |

**Sworn to telephonically.**

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>January 7, 2026 |
|---|---|

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Price